# Court of Appeals
# of the State of Georgia

ATLANTA,  November 06, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0270.  MICHAEL NAILS v. THE STATE.**

Michael Nails was convicted of armed robbery and possession of a firearm during the commission of a felony in 2002.  Nails filed a timely motion for new trial, which the trial court denied on July 18, 2011.  Nails filed his notice of appeal on August 22, 2011.   We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995).  Nails did not file his notice of appeal until 35 days after entry of the judgment he seeks to appeal.  Accordingly, his appeal is hereby DISMISSED as untimely.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/06/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*